

**Morochnik Law, LLC**
1080 Peachtree Street NE
Suite 1210
Atlanta, GA 30309
(404) 760-7424
www.morochnik.com

January 24, 2025

**Ryan Janis**
Joe Hand Productions (JANIS)
203 E Pennsylvania Blvd
Feasterville, PA 19053

**Invoice Number: 1490**
Invoice Period: 06-10-2024 - 01-24-2025

Payment Terms: Upon Receipt

**RE: Graffiti Lounge / Waller / Harris (6125-00021)**

Graffiti Lounge Atlanta Supper Club LLC, Marcus Waller & Travis Harris
Our File No. 6125.00021

## Time Details

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 06-10-2024 | CBR | Receive and Review documents from client; obtain current Business Registration information from Ga Secy of State; Obtain property tax information for address for defendant; Prepare draft of Complaint; Prepare Summons for defendant(s); Prepare Civil Cover Sheet; Prepare Draft of Certificate of Interested Parties and Corporate Disclosure Statement | 4.00 | 900.00 |
| 06-10-2024 | pjm | Receive and Review client documents; Review and Work on Complaint, Corporate Disclosure and Certificate of Interested Parties | 1.20 | 714.00 |

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 06-12-2024 | CBR | telephone conference with process server; Prepare e-mail to process server re: service of summons and complaint on defendants | 0.40 | 90.00 |
| 06-12-2024 | CBR | Finalize and e-file Complaint and Summonses; Finalize Certificate of Interested Parties and Corporate Disclosure; Prepare Correspondence to Process Server re: service on Defendants | 1.00 | 225.00 |
| 06-13-2024 | pjm | Receive and Review Standing Order for case | 0.50 | 297.50 |
| 06-28-2024 | CBR | Receive and Review Unexecuted Return of Service on Individual Defendants (2); e-file Return of Service | 0.60 | 135.00 |
| 07-01-2024 | CBR | Prepare Acknowledgement of Service to Secretary of State for Corporate Defendant; e-file Return of Service | 0.60 | 135.00 |
| 07-19-2024 | CBR | Receive and Review Unexecuted Return of Service on Individual Defendant; e-file Return of Service | 0.40 | 90.00 |
| 08-22-2024 | CBR | Receive and Review Secretary of State Certificate of Acknowledgement; e-file Return of Service | 0.40 | 90.00 |
| 08-27-2024 | CBR | Receive and Review Unexecuted Return of Service on Individual Defendant; e-file Return of Service | 0.40 | 90.00 |
| 09-03-2024 | CBR | Receive and Review Unexecuted Return of Service on Individual Defendant; e-file Return of Service | 0.40 | 90.00 |
| 09-03-2024 | CBR | Receive and Review Return of Service on Individual Defendant (Waller); e-file Return of Service | 0.40 | 90.00 |
| 09-09-2024 | CBR | Receive and Review Unexecuted Return of Service on Individual Defendant; e-file Return of Service | 0.40 | 90.00 |
| 09-09-2024 | pjm | Prepare Motion, Brief and Proposed Order for Extension of Time to Perfect Service on Defendant Harris; Prepare Affidavit in Support | 0.80 | 476.00 |
| 10-10-2024 | CBR | Receive and Review Clerk's Entry of Default | 0.30 | 67.50 |
| 11-07-2024 | pjm | Review and Work on Application for Entry of Default and Affidavit in Support of Entry of Default | 0.40 | 238.00 |
| 11-07-2024 | CBR | Prepare Application for Clerk's Entry of Default; Prepare Affidavit in Support of Entry of Default | 0.80 | 180.00 |
| 11-20-2024 | pjm | Prepare Motion, Brief and Proposed Order for Extension of Time to Perfect Service on Defendant Harris; Prepare Affidavit in Support | 0.80 | 476.00 |
| 11-22-2024 | pjm | Prepare Withdrawal of Motion for Extension of Time | 0.30 | 178.50 |
| 01-21-2025 | pjm | Review and Work on Application for Entry of Default Judgment, Declaration in Support of Entry of Default Judgment, Memorandum in Support of Application for Entry of Default Judgment, Affidavit for client, Proposed Order Granting Default | 1.20 | 714.00 |

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| | | Judgment | | |
| 01-21-2025 | CBR | Prepare Application for Entry of Default Judgment; Prepare Declaration in Support of Entry of Default Judgment; Prepare Memorandum in Support of Application for Entry of Default Judgment; Prepare Proposed Order Granting Default Judgment; Prepare Affidavit for client; Prepare e-mail to client re: request for Affidavit in Support of Default Judgment | 2.70 | 607.50 |
| 01-21-2025 | CBR | Receive and Review client's affidavit; Finalize all documents for submission of Request for Default Judgment; e-file all Pleadings for Default Judgment | 0.70 | 157.50 |
| | | **Total** | | 6,131.50 |

**Time Summary**

| Professional | Hours | Amount |
|---|---|---|
| Carol Rideout | 13.50 | 3,037.50 |
| Paul J. Morochnik | 5.20 | 3,094.00 |
| **Total** | | 6,131.50 |

| | |
|---|---|
| **Total for this Invoice** | 6,131.50 |
| **Previous Invoice Balance** | 182.76 |
| **Total Amount to Pay as of 01-24-2025** | **6,314.26** |

**Outstanding Balance as of 01-24-2025**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---|---|---|---|---|---|---|
| 6,131.50 | 0.00 | 182.76 | 0.00 | 0.00 | 0.00 | 6,314.26 |